■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY PITTMAN, Appellant. [908 NYS2d 579]—Judgment, Supreme Court, Bronx County (Darcel D. Clark, J.), rendered November 27, 2007, convicting defendant, after a nonjury trial, of harassment in the second degree, and sentencing him to a conditional discharge, unanimously affirmed.

Defendant's challenge to the sufficiency of the evidence is unpreserved and we decline to review it in the interest of justice. As an alternative holding, we find that the verdict was based on legally sufficient evidence. We further find that it was not against the weight of the evidence (*see People v Danielson*, 9 NY3d 342 [2007]). There is no basis for disturbing the court's credibility determinations. The requisite intent for second-degree harassment may be inferred from defendant's actions.

Defendant's remaining contentions are unavailing (*see People v Correa*, 15 NY3d 213 [2010]). Concur—Friedman, J.P., Nardelli, DeGrasse, Freedman and Manzanet-Daniels, JJ.

■ In the Matter of KING JUSTICE A. EL, Petitioner, v SU-PREME COURT OF THE STATE OF NEW YORK, BRONX COUNTY, CRIMINAL TERM, Respondent. [908 NYS2d 576]—The above-named petitioner having presented an application to this Court praying for an order, pursuant to article 78 of the Civil Practice Law and Rules, now, upon reading and filing the papers in said proceeding, and due deliberation having been had thereon, it is unanimously ordered that the application be and the same hereby is denied and the petition dismissed, without costs or disbursements. Concur—Friedman, J.P., Nardelli, DeGrasse, Freedman and Manzanet-Daniels, JJ.